**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BRALEN L. JORDAN
ADC #132832                                                                                            PLAINTIFF

V.                                       5:07CV00113 JMM/JTR

JACKIE DAVIS, Captain,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Clerk is directed to add Nurse C. Green and Nurse B. Bryant as Defendants in this action.

2. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff's internal affairs investigation claim is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

3. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendants Clark and Gibson are DISMISSED, WITH PREJUDICE, because Plaintiff has failed to state any viable

claims against them.

4.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

5.      Plaintiff shall proceed with his remaining claims against the remaining Defendants.

6.      The Clerk be directed to prepare a summons for Defendants Davis, Ferricher, Mena, Archey, Williams, Turner, Green, and Bryant, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #7), and this Order upon those Defendants through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

Dated this   3   day of   July  , 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.