# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRALEN L. JORDON  
ADC #132832                                                                                                                                            PLAINTIFF

V.                                           5:07CV00113 JMM/JTR

JACKIE DAVIS, Captain,  
Maximum Security Unit,  
Arkansas Department of Correction, et al.                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion and Amended Motion to Voluntarily Dismiss Separate Defendants Green and Bryant (docket entries #40 and #50) are GRANTED, and Defendants Green and Bryant, as well as Plaintiff's inadequate medical care claims, are DISMISSED, WITHOUT PREJUDICE, from this action

2. Plaintiff shall proceed with his excessive force and unconstitutional conditions of confinement claims against the remaining Defendants.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this   20   day of   August  , 2007.

*/s/ James M. Moody*  
UNITED STATES DISTRICT JUDGE