IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRALEN L. JORDON
ADC #132832                                                                                      PLAINTIFF

V.                                     5:07CV00113 JMM/JTR

JACKIE DAVIS, Captain,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Separate Defendant Turner's Motion to Dismiss (docket entry #35) is GRANTED, and he is DISMISSED, WITH PREJUDICE, from this action.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this __22__ day of August, 2007.

/s/ James M. Moody
UNITED STATES DISTRICT JUDGE